Clifton D. Weiss, Plaintiff-Appellee, v. Sears, Roebuck & Co., a Foreign Corporation, Defendant-Appellant.

Gen. No. 11,624.

Second District, Second Division.

December 17, 1962.

Matthews, Jordan, Dean & Suhler, of Aurora (G. Everett Jordan, Joseph T. Suhler, and Roger W. Eichmeier, of counsel), for appellant; Carbary & Carbary, of Elgin (George D. Carbary and Robert A. Chapski, of counsel), for appellee. Opinion by JUDGE CROW. Not to be published in full.